**Jimmie WILLIAMS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**WD 78346**

Missouri Court of Appeals,
Western District.

Order filed: May 10, 2016

Motion for Rehearing and/or Transfer
to Supreme Court Denied July 5,
2016.

Application for Transfer Denied
September 20, 2016

Frederick G. Thompson, Kansas City,
for Appellant

Karen L. Kramer, Jefferson City, for
Respondent

Before Division Two: Victor C. Howard,
Presiding Judge, Thomas H. Newton,
Judge and Karen King Mitchell, Judge

### *ORDER*

PER CURIAM:

Jimmie Williams appeals the judgment
of the motion court denying his Rule
24.035 motion for postconviction relief fol-
lowing an evidentiary hearing. He sought
to vacate his convictions and sentences for
two counts of class B felony child molesta-
tion in the first degree. He argues that
the motion court clearly erred in finding
that the State did not commit a *Brady v.
Maryland* violation regarding audio and
forensic DVD recordings and in rejecting
his claims of ineffective assistance of coun-
sel. Because a published opinion would
have no precedential value, a memoran-
dum has been provided to the parties.
The judgment is affirmed. Rule 84.16(b).